No. 97–1527. RUCK *v.* UNITED TRANSPORTATION UNION, EXEC-UTIVE BOARD, ET AL., 523 U. S. 1078. Motions for leave to file petitions for rehearing denied.

JULY 8, 1998

No. A–33 (O. T. 1998). HENDERSON *v.* NORRIS, DIRECTOR, AR-KANSAS DEPARTMENT OF CORRECTION, ET AL. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

No. 98–5117 (A–29). IN RE HENDERSON. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE STEVENS and JUSTICE BREYER would grant the application for stay of execution.

No. 98–5116 (A–28). HENDERSON *v.* NORRIS, DIRECTOR, AR-KANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Appli-cation for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Cer-tiorari denied.

JULY 10, 1998

No. 97–8791 (A–30). PLATH *v.* MOORE, DIRECTOR, SOUTH CAR-OLINA DEPARTMENT OF CORRECTIONS, ET AL., 523 U. S. 1143. Application for stay of execution of sentence of death, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Peti-tion for rehearing denied.

JULY 13, 1998

No. 98–5201 (A–45). IN RE THOMPSON. Application for stay of execution of sentence of death, presented to JUSTICE O'CON-NOR, and by her referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 98–5202 (A–46). IN RE THOMPSON. Application for stay of execution of sentence of death, presented to JUSTICE O'CON-